UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Carlos D.,

    Petitioner,

v.

Merrick Garland, et al.,

    Respondents.

Case No. 24-cv-960 (PJS/DTS)

**ORDER**

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. The petition for a writ of habeas corpus [Dkt. No. 1] is DENIED.

2. This matter is DISMISSED.

3. Petitioner's application to proceed *in forma pauperis* [Dkt. No. 2] is DENIED.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 7/1/2024

s/Patrick J. Schiltz
Patrick J. Schiltz
Chief Judge
United States District Court